Case: 07-11280   Doc: 9   Filed: 06/08/07   Page: 1 of 1

FILED
Jun 08 2007
05:16 PM
US Bankruptcy Court
Western District Of Oklahoma

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Smith, Virgie, ) | Case No.07-11280-BH |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### TRUSTEE'S REQUEST FOR CLERK'S NOTICE TO FILE CLAIMS

COMES NOW G. David Bryant, the duly appointed Trustee in the above captioned case, and pursuant to Bankruptcy Rule 3002 (c)(5), hereby notifies the clerk that the payment of a dividend to creditors appears possible in this case, and further requests the clerk to notify creditors of that fact and that they may file proofs of claim within ninety (90) days after the mailing of the clerk's notice thereof.

Dated this 8th day of June, 2007.

*[signature]*
G. David Bryant, OBA #1264
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105
(405) 848-4448
(405) 842-4539 - fax