## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **G. David Bryant, Ch. 7 Trustee** | CASE NO: **07-11280** |
| | Chapter: 7 |
| Plaintiff(s) | |
| vs. | |
| **Virgie Smith** | Adversary No: |
| Debtor(s) *and* | |
| **Tinker Federal Credit Union** | |

Garnishee

## GARNISHMENT SUMMONS

TO: Tinker Federal Credit Union
Attn: Head Cashier
PO Box 45750
Tinker Air Force Base, OK 73145

Pursuant to the attached affidavit, you are hereby summoned as garnishee for the judgment debtors, **Virgie Smith**, and required, within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or have in your possession or under your control, any property belonging to the judgment debtor(s), to file your answer with the Clerk of this Court, and, at the time that you file your answer, to deliver or mail a copy of your answer to the plaintiff's attorney, or to the plaintiff if not represented by an attorney, and to the judgment debtor(s). You are further ordered to withhold any such property or indebtedness belonging to such judgment debtor(s) or owing on the date of service of this summons, and to pay the required amount and/or deliver the property to the attorney for plaintiff, or to the plaintiff if not represented by an attorney, unless otherwise ordered by the court when you file your answer.

If you, as garnishee, are indebted to or hold property or money belonging to the judgment debtor(s), you immediately shall mail by first-class mail a copy of the notice of garnishment and exemptions and the application for hearing to the judgment debtor(s) at the last-known address of the judgment debtor(s) shown on the records of the garnishee at the time the garnishment summons was served on the garnishee.

If more than one address is shown on the records of the garnishee at the time of service of the summons, the garnishee shall discharge his duty by mailing to any one of the addresses shown on its records. In lieu of mailing, you, as garnishee, may hand-deliver a copy of the Notice of Garnishment and Exemptions and the Application for Hearing to the judgment debtor(s).

You are hereby directed to pay or to deliver to the attorney for the plaintiff, or to the plaintiff if notrepresented by an attorney, with your answer the amount and/or propertystated in the answer, and in case of your failure to do so, you will be liable to furtherproceedings according to law, and judgment shall be rendered against you in the amount of $ __4,950.00_____, together with costs in the principal action and costs of thegarnishment proceeding.

**Grant E. Price**
**Clerk of Court**
2008-12-12

/s/ Grant Price
Bankruptcy Court Clerk

By: Janice Dickerson

Issued: 2008-12-12

| | |
|---|---|
| **Plaintiff** | G. David Bryant, Ch. 7 Trustee |
| **Attorney** | Amy Cornforth |
| **OBA#** | 20657 |
| **Address** | 720 NE 63rd Street |
| | Oklahoma City, OK  73105 |
| **Phone** | (405) 848-4448 |

## Officer's Return

Received this writ on the _____ day of _____, 20_____, at _____ o'clock _m and executed the same in _____ County on the _____ day of _____, 20_____, at _____ o'clock _m by _____.

Dated this _____ day of _____, 20_____.

_____
(Name)

By_____
(Name)