UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: <br> SMITH, VIRGIE <br><br><br> Debtors | § <br> § <br> § <br> § <br> § | Case No. 07-11280 BH |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on            . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $         as interim compensation and now requests a sum of $           , for a total compensation of $          .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $        , for total expenses of $         .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/G. David Bryant, Trustee_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| Case No: | 07-11280 BH | Judge: RICHARD L. BOHANON | Trustee Name: G. David Bryant, Trustee |
|---|---|---|---|
| Case Name: | SMITH, VIRGIE | | Date Filed (f) or Converted (c): 04/23/07 (f) |
| | | | 341(a) Meeting Date: 05/22/07 |
| For Period Ending: 07/22/09 | | | Claims Bar Date: 09/10/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4400 KEEN OAKS, OKC, OK A PART OF THE SE/4 SE/4 SE | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 2. TFCU | 5.00 | 0.00 | DA | 0.00 | FA |
| 3. FURNITURE | 3,000.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. CLOTHING | 800.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. POSSIBLE WORKER'S COMP SETTLEMENT | Unknown | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. 1999 MERCURY | 1,500.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. 2003 GRAND PRIX | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 1983 CHEVY S 10 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. tax refunds (2006 State and Federal) (u) | 0.00 | 5,740.00 | | 1,934.87 | FA |
| 10. Tax refunds -- potential 2007 State and Federal (u) | Unknown | 1,373.46 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.18 | FA |
| TOTALS (Excluding Unknown Values) | $180,305.00 | $7,113.46 | | $1,936.05 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/31/07 -- Demand letter for tax refunds sent to counsel.

6/8/07-- Application to employ attorney filed.

06/11/07 -- Notice to file claims served by the clerk's office. Will await September bar date.

June 12, 2007, 11:20 am -- Attorney's office (677-2670 ex 221) contacted trustee to advise debtor will need to enter into payment arrangements in order to repay the estate monies due to spent tax refund. They will contact debtor regarding amount of monthly payments to be made with balloon payment in March of 2008. Attorney will contact us so that promissory note can be drafted. Attorney was advised of 6% interest rate if amount cannot be paid within 6 months.

06/15/07 -- Order employing attorney entered.

August 16, 2007, 10:34 am -- Check of claims register shows claims to be sufficient. Will await September bar date and recheck register for any additional claims.

August 31, 2007, 11:42 am - Second demand letter for tax refunds sent to counsel.

September 17, 2007, 04:16 pm -- Return telephone call to debtor. Having trouble making ends meet

Case: 07-11280   Doc: 38   Filed: 08/06/09   Page: 4 of 12

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-11280   BH   Judge: RICHARD L. BOHANON | Trustee Name: | G. David Bryant, Trustee |
| Case Name: | SMITH, VIRGIE | Date Filed (f) or Converted (c): | 04/23/07 (f) |
| | | 341(a) Meeting Date: | 05/22/07 |
| | | Claims Bar Date: | 09/10/07 |

since taking early retirement from GM.  Will pay $50 per month until March 2008 so as to give him time to file his 2007 tax return and make larger payment from that refund.  Will revisit after 2007 refund is received and see if further payment arrangements need to be made to pay any balance that may be due.

October 01, 2007, 05:09 pm Receipt of signed agreement and $50 payment.

January 02, 2008, 02:46 pm Check of file status shows debtor is making payments per agreement.  Balance due should be paid by balloon payment no later than March 31, 2008.  There may also be additional funds due to the estate with regard to 2007 tax refunds.  Claims register and claims printed for the file.  Claims are sufficient.

March 04, 2008, 02:52 pm -- Letter request for 2007 tax returns sent to attorney.

05/19/08  Payment received per telephone call from debtor.

July 10, 2008 Letter to attorney for debtor advising debtor must make consistent payments.  Attorney advised further court action may be taken if a payment agreement is not in place by July 30, 2008.

August 06, 2008, 02:26 pm   Motion for turnover filed in an attempt to collect funds still due for 2006 and 2007 tax refunds.

August 29, 2008, 10:03 am  Receipt of Order Compelling Turnover of Estate Property.

October 15, 2008, 11:31 am   Motion to the OESC drafted for attorney's review.

November 26, 2008, 03:25 pm  Draft OESC Motion.

January 13, 2009 -- Letter to OESC transmitting Order on motion and requesting information regarding employment.

March 19, 2009- Reciept of OESC information showing that debtor has not been employed since February 2008.  Per Trustee, will move forward with distribution of assets collected to date and abandon additional assets.

June 30, 2009:  Telephone call to bankruptcy court regarding claim #2 - wrong pdf document attached.  Claims register is correct but not the attachment. They will attempt to contact claimant so correct pdf will be filed.

July 1, 2009:  Correct pdf for Claim  #2 substituted for incorrect entry.  Reviewed and linked all claims to schedules in anticipation of preparation of trustee;s fee application.

Initial Projected Date of Final Report (TFR): 04/23/10        Current Projected Date of Final Report (TFR): 04/23/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-11280 -BH | Trustee Name: | G. David Bryant, Trustee |
|---|---|---|---|
| Case Name: | SMITH, VIRGIE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6575  MONEY MARKET |
| Taxpayer ID No: | *******3060 | | |
| For Period Ending: | 07/22/09 | Blanket Bond (per case limit): | $ 7,656,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/07 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK  73111 | Pmt. on Tax Refunds | 1224-000 | 50.00 | | 50.00 |
| 10/31/07 | INT | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 0.03 | | 50.03 |
| 11/02/07 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK  73111 | Pmt. on Tax Refunds | 1224-000 | 50.00 | | 100.03 |
| 11/30/07 | INT | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 0.05 | | 100.08 |
| 12/07/07 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK  73111 | Pmt. on Tax Refund | 1224-000 | 50.00 | | 150.08 |
| 12/31/07 | INT | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 0.06 | | 150.14 |
| 01/31/08 | INT | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 0.06 | | 150.20 |
| 02/29/08 | INT | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 0.04 | | 150.24 |
| 03/04/08 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK  73111 | Pmt. on Tax Refunds | 1224-000 | 150.00 | | 300.24 |
| 03/31/08 | INT | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.06 | | 300.30 |
| 04/30/08 | INT | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.06 | | 300.36 |
| 05/19/08 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK  73111 | Money Order **585 Pmt on Tax Refund | 1224-000 | 300.00 | | 600.36 |
| 05/19/08 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK  73111 | Money Order **586 Pmt. On Tax Ref. | 1224-000 | 190.00 | | 790.36 |
| 05/30/08 | INT | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.05 | | 790.41 |
| 06/30/08 | INT | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.10 | | 790.51 |
| 07/31/08 | INT | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.10 | | 790.61 |
| 08/29/08 | INT | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.09 | | 790.70 |
| 09/30/08 | INT | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.10 | | 790.80 |
| 10/31/08 | INT | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.08 | | 790.88 |
| 11/28/08 | INT | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.06 | | 790.94 |
| 12/24/08 | 9 | TFCU<br>PO Bo 45750<br>Tinker AFB  OK  73145 | Garnishment - tax refunds | 1224-000 | 1,144.87 | | 1,935.81 |
| 12/31/08 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 1,935.85 |
| 01/30/09 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,935.87 |
| 02/27/09 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,935.88 |
| 03/31/09 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,935.90 |
| 04/21/09 | | Transfer to Acct #*******9448 | Bank Funds Transfer<br>Transfer made to facilitate payment of Order for Compensation (attorney for Trustee) filed 4/21/09. | 9999-000 | | 238.74 | 1,697.16 |
| 04/30/09 | INT | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,697.20 |
| 05/29/09 | INT | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,697.24 |
| 06/03/09 | 000101 | INTERNATIONAL SURETIES, LTD.<br>One Shell Square | Blanket Bond Disbursement<br>Bond #016018012 | 2300-000 | | 2.17 | 1,695.07 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 07-11280 -BH | Trustee Name: | G. David Bryant, Trustee |
|---|---|---|---|
| Case Name: | SMITH, VIRGIE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6575  MONEY MARKET |
| Taxpayer ID No: | *******3060 | | |
| For Period Ending: | 07/22/09 | Blanket Bond (per case limit): | $ 7,656,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Suite 420<br>New Orleans, LA   70139 | Term: 06/01/09 to 06/01/10 | | | | |
| 06/30/09 | INT | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,695.11 |
| 07/22/09 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 1,695.14 |
| 07/22/09 | | Transfer to Acct #*******9448 | Final Posting Transfer | 9999-000 | | 1,695.14 | 0.00 |

PFORM24 UST Form 101-7-TFR (4/1/2009) *(Page: 6)*          Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 07-11280 -BH | Trustee Name: | G. David Bryant, Trustee |
|---|---|---|---|
| Case Name: | SMITH, VIRGIE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9448  GENERAL CHECKING |
| Taxpayer ID No: | *******3060 | | |
| For Period Ending: | 07/22/09 | Blanket Bond (per case limit): | $ 7,656,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/09 | | Transfer from Acct #*******6575 | Bank Funds Transfer | 9999-000 | 238.74 | | 238.74 |
| 04/22/09 | 001001 | Kline, Kline, Elliott & Bryant, P.C.<br>720 NE 63rd Street<br>Oklahoma City, OK  73105 | Attorney for Trustee Fees<br>Transfer made to facilitate payment of Order for Compensation (attorney for Trustee) filed 4/21/09.<br>Per Order For Compensation filed 4/21/09.<br>Per Order For Compensation filed 4/21/09. | 3110-000 | | 222.50 | 16.24 |
| 04/22/09 | 001002 | Kline, Kline, Elliott & Bryant, P.C.<br>720 NE 63rd Street<br>Oklahoma City, OK  73105 | Attorney for Trustee Expenses<br>Per Order For Compensation filed 4/21/09.<br>Per Order For Compensation filed 4/21/09. | 3120-000 | | 16.24 | 0.00 |
| 07/22/09 | | Transfer from Acct #*******6575 | Transfer In From MMA Account | 9999-000 | 1,695.14 | | 1,695.14 |

**Total Of All Accounts**   1,695.14

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-11280
Debtor Name: SMITH, VIRGIE
Claims Bar Date: 09/10/07

Page 1
Claim Type Sequence

Date: July 22, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 0000009 001 3110-00 | Kline, Kline, Elliott & Bryant, P.C. 720 NE 63rd Street Oklahoma City, OK 73105 | Administrative | Per Order entered 4/21/09. 4437079448  04/22/09  1001 | $222.50 | $222.50 222.50 | $0.00 |
| 0000010 001 3120-00 | Kline, Kline, Elliott & Bryant, P.C. 720 NE 63rd Street Oklahoma City, OK 73105 | Administrative | Per Order entered April 21, 2009. 4437079448  04/22/09  1002 | $16.24 | $16.24 16.24 | $0.00 |
| 000002A 050 4210-00 | American General Finance PO Box 3251 Evansville IN 47731 | Secured | Filed 06/12/07 020012130525726399 020012130525726399 | $900.00 | $0.00 | $900.00 |
| 000001 050 4700-00 | OKLAHOMA COUNTY TREASURER 320 ROBERT S KERR ROOM 307 OKLAHOMA CITY OK 73102 | Secured | Filed 05/03/07 (1-1) 2006 ad valorem tax 2006 Ad valorem taxes were paid in full on 4/29/08 in the amount of $1,926.59 No costs or interest was added by the County Treasurer at time of payment. County Treasurer records indicate account amount due as zero. All subsequent years' tax has been paid in full. Records indicate a new owner paid the taxes for the 2008 tax year. | $0.00 | $0.00 | $0.00 |
| 000002B 070 7100-00 | American General Finance PO Box 3251 Evansville IN 47731 | Unsecured | Filed 06/12/07 #0020012130525726399 #0020012130525726399 | $1,854.75 | $0.00 | $1,854.75 |
| 000003 070 7100-00 | CSI Group 2519 NW 23rd St Ste 204 Okla City OK 73107 | Unsecured | Filed 06/19/07 Jeffrey D. Hirsch, MD 639112 Jeffrey D. Hirsch, MD 639112 | $283.16 | $0.00 | $283.16 |
| 000004 070 7100-00 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. PO Box 3978 Seattle, WA 981243978 | Unsecured | Filed 06/29/07 xxxxxxxxxxxx2256 UAW-GM Legal Services James L. Bentley xxxxxxxxxxxx2256 UAW-GM Legal Services James L. Bentley | $24,132.64 | $0.00 | $24,132.64 |
| 000005 070 7100-00 | Recovery Management Systems Corporation For YESSG I As Assignee of HOUSEHOLD BANK 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Unsecured | Filed 07/06/07 xxxxxxxxxxxx0893 xxxxxxxxxxxx0893 | $5,941.72 | $0.00 | $5,941.72 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | Page 2 | | |
|---|---|---|---|---|---|
| Case Number: 07-11280 | | | Claim Type Sequence | | Date: July 22, 2009 |
| Debtor Name: SMITH, VIRGIE | | | | | |
| Claims Bar Date: 09/10/07 | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citi Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | Filed 09/04/07 Citibank xxxxxxxxxxxx1577 Citibank xxxxxxxxxxxx1577 | $487.45 | $0.00 | $487.45 |
| 000007 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | Filed 09/04/07 Citibank xxxxxxxxxxxx3052 Citibank xxxxxxxxxxxx3052 | $1,744.34 | $0.00 | $1,744.34 |
| 000008 080 7200-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | Filed 03/27/08 Citibank  xxxxxxxxxxxx6486 Citibank xxxxxxxxxxxx6486 | $6,901.58 | $0.00 | $6,901.58 |
| | Case Totals: | | | $42,484.38 | $238.74 | $42,245.64 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                          Exhibit D

Case No.: 07-11280 BH
Case Name: SMITH, VIRGIE
Trustee Name: G. David Bryant, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: G. David Bryant, Trustee | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (4/1/2009) *(Page: 10)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000003* | *CSI Group* | $_____ | $_____ |
| *000004* | *Chase Bank USA, N.A.* | $_____ | $_____ |
| *000005* | *Recovery Management Systems Corporation* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | LVNV Funding LLC its successors and assigns as | $ | $ |
| 000007 | LVNV Funding LLC its successors and assigns as | $ | $ |
| 000002B | American General Finance | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | LVNV Funding LLC its successors and assigns as | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $          .