UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| In re: | § | |
|---|---|---|
| | § | |
| SMITH, VIRGIE | § | Case No. 07-11280 BH |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

G. David Bryant, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 180,305.00 | Assets Exempt: 61,800.00 |
| Total Distributions to Claimants: 1,183.53 | Claims Discharged Without Payment: 210,821.11 |
| Total Expenses of Administration: 752.52 | |

3) Total gross receipts of $ 1,936.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,936.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 10,067.00 | $ 900.00 | $ 900.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 752.52 | 752.52 | 752.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,927.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 185,401.00 | 41,345.64 | 41,345.64 | 1,183.53 |
| **TOTAL DISBURSEMENTS** | $ 197,395.00 | $ 42,998.16 | $ 42,998.16 | $ 1,936.05 |

4) This case was originally filed under chapter 7 on 04/23/2007 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2009 By:/s/G. David Bryant, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax refunds (2006 State and Federal) | 1224-000 | 1,934.87 |
| Post-Petition Interest Deposits | 1270-000 | 1.18 |
| **TOTAL GROSS RECEIPTS** | | $ 1,936.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TINKER FEDERAL CREDIT UNION | | 10,067.00 | NA | NA | 0.00 |
| AMERICAN GENERAL FINANCE | 4210-000 | NA | 900.00 | 900.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 10,067.00 | $ 900.00 | $ 900.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| G. DAVID BRYANT, TRUSTEE | 2100-000 | NA | 484.01 | 484.01 | 484.01 |
| G. DAVID BRYANT, TRUSTEE | 2200-000 | NA | 27.60 | 27.60 | 27.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 2.17 | 2.17 | 2.17 |
| KLINE | 3110-000 | NA | 222.50 | 222.50 | 222.50 |
| KLINE | 3120-000 | NA | 16.24 | 16.24 | 16.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 752.52 | $ 752.52 | $ 752.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OKLAHOMA COUNTY TREASURER | | 1,927.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 1,927.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATT UNIVERSAL | | 0.00 | NA | NA | 0.00 |
| CSI | | 284.00 | NA | NA | 0.00 |
| HOME DEPOT | | 1,476.00 | NA | NA | 0.00 |
| JAMES THIESSEN | | 160,000.00 | NA | NA | 0.00 |
| NCB | | 5,717.00 | NA | NA | 0.00 |
| UNION PLUS | | 3,182.00 | NA | NA | 0.00 |
| AMERICAN GENERAL FINANCE | 7100-000 | 2,568.00 | 1,854.75 | 1,854.75 | 63.73 |
| CHASE BANK USA, N.A. | 7100-000 | 5,460.00 | 24,132.64 | 24,132.64 | 829.22 |
| CSI GROUP | 7100-000 | 284.00 | 283.16 | 283.16 | 9.73 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 430.00 | 487.45 | 487.45 | 16.75 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 1,744.34 | 1,744.34 | 59.94 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 6,000.00 | 5,941.72 | 5,941.72 | 204.16 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7200-000 | NA | 6,901.58 | 6,901.58 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 185,401.00 | $ 41,345.64 | $ 41,345.64 | $ 1,183.53 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 07-11280 BH Judge: RICHARD L. BOHANON

Case Name: SMITH, VIRGIE

For Period Ending: 07/22/09

Trustee Name: G. David Bryant, Trustee

Date Filed (f) or Converted (c): 04/23/07 (f)

341(a) Meeting Date: 05/22/07

Claims Bar Date: 09/10/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4400 KEEN OAKS, OKC, OK A PART OF THE SE/4 SE/4 SE | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 2. TFCU | 5.00 | 0.00 | DA | 0.00 | FA |
| 3. FURNITURE<br>Debtor Claimed Exemption | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CLOTHING<br>Debtor Claimed Exemption | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. POSSIBLE WORKER'S COMP SETTLEMENT<br>Debtor Claimed Exemption | Unknown | 0.00 | DA | 0.00 | FA |
| 6. 1999 MERCURY<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 2003 GRAND PRIX | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 1983 CHEVY S 10 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. tax refunds (2006 State and Federal) (u) | 0.00 | 5,740.00 | | 1,934.87 | FA |
| 10. Tax refunds -- potential 2007 State and Federal (u) | Unknown | 1,373.46 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.18 | FA |
| TOTALS (Excluding Unknown Values) | $180,305.00 | $7,113.46 | | $1,936.05 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/31/07 -- Demand letter for tax refunds sent to counsel.

6/8/07-- Application to employ attorney filed.

06/11/07 -- Notice to file claims served by the clerk's office. Will await September bar date.

June 12, 2007, 11:20 am -- Attorney's office (677-2670 ex 221) contacted trustee to advise debtor will need to enter into payment arrangements in order to repay the estate monies due to spent tax refund. They will contact debtor regarding amount of monthly payments to be made with balloon payment in March of 2008. Attorney will contact us so that promissory note can be drafted. Attorney was advised of 6% interest rate if amount cannot be paid within 6 months.

06/15/07 -- Order employing attorney entered.

August 16, 2007, 10:34 am -- Check of claims register shows claims to be sufficient. Will await September bar date and recheck register for any additional claims.

August 31, 2007, 11:42 am - Second demand letter for tax refunds sent to counsel.

September 17, 2007, 04:16 pm -- Return telephone call to debtor. Having trouble making ends meet

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 07-11280 BH Judge: RICHARD L. BOHANON
Case Name: SMITH, VIRGIE

Trustee Name: G. David Bryant, Trustee
Date Filed (f) or Converted (c): 04/23/07 (f)
341(a) Meeting Date: 05/22/07
Claims Bar Date: 09/10/07

since taking early retirement from GM. Will pay $50 per month until March 2008 so as to give him time to file his 2007 tax return and make larger payment from that refund. Will revisit after 2007 refund is received and see if further payment arrangements need to be made to pay any balance that may be due.

October 01, 2007, 05:09 pm Receipt of signed agreement and $50 payment.

January 02, 2008, 02:46 pm Check of file status shows debtor is making payments per agreement. Balance due should be paid by balloon payment no later than March 31, 2008. There may also be additional funds due to the estate with regard to 2007 tax refunds. Claims register and claims printed for the file. Claims are sufficient.

March 04, 2008, 02:52 pm -- Letter request for 2007 tax returns sent to attorney.

05/19/08 Payment received per telephone call from debtor.

July 10, 2008 Letter to attorney for debtor advising debtor must make consistent payments. Attorney advised further court action may be taken if a payment agreement is not in place by July 30, 2008.

August 06, 2008, 02:26 pm Motion for turnover filed in an attempt to collect funds still due for 2006 and 2007 tax refunds.

August 29, 2008, 10:03 am Receipt of Order Compelling Turnover of Estate Property.

October 15, 2008, 11:31 am Motion to the OESC drafted for attorney's review.

November 26, 2008, 03:25 pm Draft OESC Motion.

January 13, 2009 -- Letter to OESC transmitting Order on motion and requesting information regarding employment.

March 19, 2009- Reciept of OESC information showing that debtor has not been employed since February 2008. Per Trustee, will move forward with distribution of assets collected to date and abandon additional assets.

June 30, 2009: Telephone call to bankruptcy court regarding claim #2 - wrong pdf document attached. Claims register is correct but not the attachment. They will attempt to contact claimant so correct pdf will be filed.

July 1, 2009: Correct pdf for Claim #2 substituted for incorrect entry. Reviewed and linked all claims to schedules in anticipation of preparation of trustee;s fee application.

Initial Projected Date of Final Report (TFR): 04/23/10 Current Projected Date of Final Report (TFR): 04/23/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 07-11280 -BH
Case Name: SMITH, VIRGIE
Taxpayer ID No: *******3060
For Period Ending: 11/03/09

Trustee Name: G. David Bryant, Trustee
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6575 MONEY MARKET
Blanket Bond (per case limit): $ 7,656,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/07 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK 73111 | Pmt. on Tax Refunds | 1224-000 | 50.00 | | 50.00 |
| 10/31/07 | INT | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 0.03 | | 50.03 |
| 11/02/07 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK 73111 | Pmt. on Tax Refunds | 1224-000 | 50.00 | | 100.03 |
| 11/30/07 | INT | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 0.05 | | 100.08 |
| 12/07/07 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK 73111 | Pmt. on Tax Refund | 1224-000 | 50.00 | | 150.08 |
| 12/31/07 | INT | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 0.06 | | 150.14 |
| 01/31/08 | INT | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 0.06 | | 150.20 |
| 02/29/08 | INT | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 0.04 | | 150.24 |
| 03/04/08 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK 73111 | Pmt. on Tax Refunds | 1224-000 | 150.00 | | 300.24 |
| 03/31/08 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.06 | | 300.30 |
| 04/30/08 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.06 | | 300.36 |
| 05/19/08 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK 73111 | Money Order **585 Pmt on Tax Refund | 1224-000 | 300.00 | | 600.36 |
| 05/19/08 | 9 | VIRGIE SMITH<br>1517 N.E. 47TH<br>OKLAHOMA CITY, OK 73111 | Money Order **586 Pmt. On Tax Ref. | 1224-000 | 190.00 | | 790.36 |
| 05/30/08 | INT | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.05 | | 790.41 |
| 06/30/08 | INT | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.10 | | 790.51 |
| 07/31/08 | INT | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.10 | | 790.61 |
| 08/29/08 | INT | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.09 | | 790.70 |
| 09/30/08 | INT | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.10 | | 790.80 |
| 10/31/08 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.08 | | 790.88 |
| 11/28/08 | INT | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.06 | | 790.94 |
| 12/24/08 | 9 | TFCU<br>PO Bo 45750<br>Tinker AFB OK 73145 | Garnishment - tax refunds | 1224-000 | 1,144.87 | | 1,935.81 |
| 12/31/08 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 1,935.85 |
| 01/30/09 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,935.87 |
| 02/27/09 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,935.88 |
| 03/31/09 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,935.90 |
| 04/21/09 | | Transfer to Acct #*******9448 | Bank Funds Transfer<br>Transfer made to facilitate payment of Order for Compensation (attorney for Trustee) filed 4/21/09. | 9999-000 | | 238.74 | 1,697.16 |
| 04/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,697.20 |
| 05/29/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,697.24 |
| 06/03/09 | 000101 | INTERNATIONAL SURETIES, LTD.<br>One Shell Square | Blanket Bond Disbursement<br>Bond #016018012 | 2300-000 | | 2.17 | 1,695.07 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 07-11280 -BH
Case Name: SMITH, VIRGIE

Taxpayer ID No: *******3060
For Period Ending: 11/03/09

Trustee Name: G. David Bryant, Trustee
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6575 MONEY MARKET

Blanket Bond (per case limit): $ 7,656,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Term: 06/01/09 to 06/01/10 | | | | |
| 06/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,695.11 |
| 07/22/09 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 1,695.14 |
| 07/22/09 | | Transfer to Acct #*******9448 | Final Posting Transfer | 9999-000 | | 1,695.14 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 07-11280 -BH
Case Name: SMITH, VIRGIE
Taxpayer ID No: *******3060
For Period Ending: 11/03/09

Trustee Name: G. David Bryant, Trustee
Bank Name: BANK OF AMERICA
Account Number / CD #: *******9448 GENERAL CHECKING
Blanket Bond (per case limit): $ 7,656,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/09 | | Transfer from Acct #*******6575 | Bank Funds Transfer<br>Transfer made to facilitate payment of Order for Compensation (attorney for Trustee) filed 4/21/09. | 9999-000 | 238.74 | | 238.74 |
| 04/22/09 | 001001 | Kline, Kline, Elliott & Bryant, P.C.<br>720 NE 63rd Street<br>Oklahoma City, OK 73105 | Attorney for Trustee Fees<br>Per Order For Compensation filed 4/21/09.<br>Per Order For Compensation filed 4/21/09. | 3110-000 | | 222.50 | 16.24 |
| 04/22/09 | 001002 | Kline, Kline, Elliott & Bryant, P.C.<br>720 NE 63rd Street<br>Oklahoma City, OK 73105 | Attorney for Trustee Expenses<br>Per Order For Compensation filed 4/21/09.<br>Per Order For Compensation filed 4/21/09. | 3120-000 | | 16.24 | 0.00 |
| 07/22/09 | | Transfer from Acct #*******6575 | Transfer In From MMA Account | 9999-000 | 1,695.14 | | 1,695.14 |
| 09/02/09 | 001003 | G. DAVID BRYANT, TRUSTEE<br>720 N.E. 63RD STREET<br>OKLAHOMA CITY, OK 73105 | Chapter 7 Compensation/Fees | 2100-000 | | 484.01 | 1,211.13 |
| 09/02/09 | 001004 | G. DAVID BRYANT, TRUSTEE<br>720 N.E. 63RD STREET<br>OKLAHOMA CITY, OK 73105 | Chapter 7 Expenses | 2200-000 | | 27.60 | 1,183.53 |
| 09/02/09 | 001005 | American General Finance<br>PO Box 3251<br>Evansville IN 47731 | Claim 000002B, Payment 3.436%<br>#0020012130525726399 | 7100-000 | | 63.73 | 1,119.80 |
| 09/02/09 | 001006 | CSI Group<br>2519 NW 23rd St Ste 204<br>Okla City OK 73107 | Claim 000003, Payment 3.436%<br>Jeffrey D. Hirsch, MD<br>639112 | 7100-000 | | 9.73 | 1,110.07 |
| 09/02/09 | 001007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>PO Box 3978<br>Seattle, WA 981243978 | Claim 000004, Payment 3.436%<br>xxxxxxxxxxxx2256<br>UAW-GM Legal Services James L. Bentley | 7100-000 | | 829.22 | 280.85 |
| 09/02/09 | 001008 | Recovery Management Systems Corporation<br>For YESSG I<br>As Assignee of HOUSEHOLD BANK<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Claim 000005, Payment 3.436%<br>xxxxxxxxxxx0893 | 7100-000 | | 204.16 | 76.69 |
| 09/02/09 | 001009 | LVNV Funding LLC its successors and assigns as<br>assignee of Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 3.436%<br>Citibank xxxxxxxxxxxx1577 | 7100-000 | | 16.75 | 59.94 |
| 09/02/09 | 001010 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 3.436%<br>Citibank xxxxxxxxxxxx3052 | 7100-000 | | 59.94 | 0.00 |

**Total Of All Accounts 0.00**